UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KIM HAVUNEN | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | C.A. No. 1:17-cv-00314-S-PAS |
| | : | |
| RELIANCE STANDARD LIFE | : | |
| INSURANCE COMPANY | : | |
| *Defendant* | : | |

## DISMISSAL STIPULATION

Plaintiff and Defendant agree that the Complaint may be dismissed with prejudice, no

costs or fees awarded.


Respectfully Submitted:

| Plaintiff, | Defendant, |
|---|---|
| KIM HAVUNEN | RELIANCE STANDARD LIFE |
| By her attorneys, | INSURANCE COMPANY |
| | By its attorney, |
| /s/ Mason Waring | |
| J. Scott Kilpatrick, Esq. (#4036) | /s/ Brooks R. Magratten |
| jskilpatrick@cck-law.com | Brooks R. Magratten, Esq., #3585 |
| Mason Waring (#7737) | PIERCE ATWOOD LLP |
| mwaring@cck-law.com | 72 Pine Street |
| Chisholm Chisholm & Kilpatrick Ltd | Providence, RI 02903 |
| One Turks Head Place - Suite 1100 | (401) 490-3422 |
| Providence, RI   02903 | (401) 588-5166 (fax) |
| (401) 331-6300 | bmagratten@pierceatwood.com |
| (401) 421-3185 (fax) | |


## Certificate of Service

I, the undersigned, hereby certify that on the 19th day of December 2017, I electronically
filed the within with the Clerk of the United States District Court for the District of Rhode
Island, using the CM/ECF System.

/s/ Mason Waring